IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ADAM GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:18-cv-0196-JMS-DML |
| | ) |
| LANDES FOODS, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## DETAILED FEE PETITION

Plaintiff, Adam Gonzalez ("Gonzalez"), by counsel, files this Detailed Fee Petition as ordered by the Court in the Order filed on April 4, 2018 [Filing No. 26] and states as follows:

1. The Court ordered Gonzalez to provide additional documentation to support his claim to attorney's fees in the following categories: review of defendant's Notices of Removal, preparation of plaintiff's Motions to Remand, review of defendant's Motion to Seal, and four areas related to Motion to Seal: review of the Motion, preparation of a response, review of the Court's Order, and redaction of documents and providing a proposal to the opposing counsel.

2. The hourly rate charged by partner Corey R. Meridew is $295.00 per hour. The hourly rate charged by associate Matthew Kestian is $225.00 per hour. The hourly rate charged by staff is $100.00 per hour. These rates are the usual and customary hourly rates for Affiant's office for cases brought in federal and state court.

3. As listed in Exhibit A to this Detailed Fee Petition [Filing 27-1 at 2], Gonzalez incurred expenses for 0.5 hours of partner fees, 4.4 hours of associate fees, and 0.9 hours of

paralegal fees, in January 2018 for the review of the Notices of Removal and the preparation of the Motions to Remand:

| Date | Role | Description | Hours | Amount |
|---|---|---|---|---|
| 01/25/2018 | MRK | Research and drafted response to Notice of Removal, prepared order and appearances. | 4.20 | 945.00 |
| | CRM | Discuss response in Opposition of Removal with Matthew Kestian. Develop arguments and outline for response. | 0.40 | 118.00 |
| | CRM | Review and suggest revisions to Response in Opposition to Removal. Also review proposed Order. | 0.10 | 29.50 |
| 01/26/2018 | PAR | Phone calls with US District Court for Southern Indiana concerning problems with court's e-filing system for the federal case; Revise, finalize, file and serve client's Motion to Remand with exhibits and proposed order | 0.90 | 90.00 |
| 01/29/2018 | MRK | Review Order to file an Amended Notice. Saved to file | 0.20 | 45.00 |

4. Gonzalez incurred expenses [Filing 27-1 at 3] for 1.8 hours of partner fees, 9.2 hours of associate fees, and 0.8 hours of paralegal fees, in February 2018 for the review of the Notices of Removal and the preparation of the Motions to Remand:

| Date | Role | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/2018 | MRK | Research and drafting Motion to Remand in Response to Amended Notice | 3.70 | 832.50 |
| 02/07/2018 | MRK | Revise Motion to Remand, proposed Order | 0.50 | 112.50 |
| | CRM | Review and discuss revisions to Motion To Remand from Federal Court in light of forum selection clause. Discuss whether Landes is actually a counterclaim defendant after consolidation. | 0.20 | 59.00 |
| | PAR | [Federal Litigation] Revise, finalize, file and serve Motion to Remand to State Court in Response to Amended Notice of Remand with exhibits and proposed order | 0.50 | 50.00 |
| 02/21/2018 | MRK | Review Objection to Motion to Remand. Discussed with CM. | 0.70 | 157.50 |
| 02/22/2018 | CRM | Review Landes' Objection to Motion To Remand. Conduct quick legal research. Discuss the information to be included in our response to Objection. Provide bullet points and notes for brief so MRK can begin drafting response. Discuss Landes' Objection to Motion to Remand with Adam Gonzalez. He asked what we can do regarding mitigating damages. I stated that I would send a follow-up email to Landes' attorney seeking permission to disclose the terms of the Settlement Agreement. I explained that Landes had not responded which is preventing Gonzalez and Gonzalez International from mitigating damages. | 1.40 | 413.00 |
| | MRK | Conference with JC and CM re: Objection. Draft Reply. | 2.10 | 472.50 |

And [Filing 27-1 at 4]:

| Date | Role | Description | Hours | Amount |
|---|---|---|---|---|
| 02/23/2018 | MRK | Finish draft of Reply | 1.70 | 382.50 |
| | CRM | Review and revise Reply to Objection to Motion to Remand. | 0.20 | 59.00 |
| | MRK | Conference with Client and CM | 0.50 | 112.50 |
| | PAR | Revise, finalize, file and serve Reply to Defendant's Objection to Motion to Remand | 0.30 | 30.00 |

5. Adam Gonzalez incurred expenses [Filing 27-1 at 4] for 5.6 hours of associate fees, and 1.0 hours of paralegal fees, in February 2018 related to the Motion to Seal:

Page 2 of 5

| 02/02/2018 | PAR | Review and revise Response to Motion to Seal after reviewing the court's briefing schedule and relevant case law related to Motions to Seal in the 7th Circuit. | 0.40 | 40.00 |
| | MRK | Review Order on Briefing, a Motion to Seal, Research, drafted Response | 4.10 | 922.50 |
| 02/05/2018 | MRK | Revised Response to Motion to Seal. Called Court for Filing Numbers. Reviewed Amended Notice to Remove | 1.50 | 337.50 |
| | PAR | Revise, finalize, file and serve Response to Motion to Seal with exhibits | 0.60 | 60.00 |

6. Adam Gonzalez incurred expenses [Filing 27-1 at 5] for 0.6 hours of partner fees and 2.2 hours of associate fees, in March 2018 related to the Motion to Seal:

| 03/02/2018 | MRK | Redact federal court filings. | 2.00 | 450.0 |
| 03/08/2018 | CRM | Review redactions and approve same to be sent to opposing counsel. | 0.60 | 177.0 |
| | MRK | Phone call with OC, draft letter and save redacted filings to CD | 0.20 | 45.0 |

7. The expenses total $2.9^1$ hours of partner fees, $21.^24$ hours of associate fees and $2.7^3$ hours of paralegal fees for a total of $5,940.50.

8. 28 U.S.C. § 1447(c) provides that "[a]n order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal."

9. The fees related to the Motion to Seal should be recoverable because they are a direct result of Landes Foods, LLC's ("Landes") improper removal.

10. Landes filed its Motion for Case to be Filed Under Seal [Filing 3] contemporaneously with its first Notice of Removal [Filing 1].

11. In the Motion for Case to be Filed Under Seal, Landes acknowledged that this "case was sealed in the state court". [Filing 3 at 3].

---

[1] This amount differs from the amount requested in the Motion for Attorney Fees. 0.8 hours of partner fees claimed in the Motion for Attorney Fees that are not included in this Petition are the 0.7 hours incurred on March 4, 2018 discussing the remand with Mr. Gonzalez [Filing 27-1 at 6] and the 0.1 hours incurred reviewing the Order Regarding Sealing on March 18, 2018.

[2] This amount differs from the amount requested in the Motion for Attorney Fees. 2.2 hours of associate fees were not included in the Motion for Attorney Fees – these fees were for 2.00 hours on 3/2/2018 and 0.2 hours on 3/08/2018 listed above related to the redaction of court filings. [Filing 27-1 at 6].

[3] This amount differs from the amount requested in the Motion for Attorney Fees. 0.5 hours of paralegal fees were included in error.

12. This acknowledgment referred to the Verified Motion to Seal Record and Exclude from Public Access filed in the state court. [Filing 13-1 at 17].

13. The Verified Motion to Seal Record and Exclude From Public Access was granted on November 27, 2017. See Exhibit B [Filing 27-2].

14. "Section 1447(c) is not limited to the expenses incurred as a result of filing a Motion to Remand. Section 1447(c) entitles plaintiffs to 'just costs and any actual expenses, including attorney fees, incurred as a result of the removal'-and plaintiffs' expenses on appeal, no less than their expenses in the district court, were 'incurred as a result of the removal.'" *Garbie v. DaimlerChrysler Corp.*, 211 F.3d 407, 411 (7th Cir. 2000)

15. Section 1447(c) also permits the Court to award expenses for an attorney's "inability to collect fees at the market rate while contesting an unreasonable removal." *Simenz v. Amerihome Mortg. Co., LLC*, 544 F.Supp.2d at 743 (E.D. Wis. 2008)

16. The time spent on work related to the motion to seal was not related to litigating the merits of this case. Cf. *Simenz*, 544 F.Supp.2d at 747 ("motions to dismiss and strike because such time was not "incurred as a result of the removal," but rather because of the defendant's contention that plaintiff's suit lacks merit).

17. Instead, prior to Landes' improper removal, all of the records of this dispute were sealed and restricted from public access. Then, as a result of Landes' not objectively reasonable removal, Gonzalez was forced to litigate the removal and the motion to seal. Had Landes' not Removed, Gonzalez would not have had to review the motion seal, respond to the motion to seal, or redact documents as directed by the Court.

Wherefore, Gonzalez requests that this Court award costs and attorney fees, and for any other relief just in the premises.

                                                  Respectfully submitted,

                                               /s/ Matthew R. Kestian
                                              Corey R. Meridew, #28687-29
                                              Matthew R. Kestian, #28631-49
                                              **CAMDEN & MERIDEW, P.C.**
                                              10412 Allisonville Road, Ste. 200
                                              Fishers, IN 46038
                                              Tel: (317) 770-0000
                                              Fax: (888) 339-9611
                                              E-mail: cm@camlawyers.com
                                                           mk@camlawyers.com

## CERTIFICATE OF SERVICE

       The foregoing was filed electronically this **18**<sup>th</sup> day of **April**, **2018**.  Notice of this filing will be sent to the following parties, by counsel, by operation of the Court's electronic filing system.

LANDES FOODS, LLC
Matthew Bruno
Kightlinger & Gray, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
mbruno@k-glaw.com

                                               /s/ Matthew R. Kestian
                                              Matthew R. Kestian